**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

|  |  |  |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-CV-2264-CM/DJW |
| | ) | |
| vs. | ) | |
| | ) | |
| YELLOW TRANSPORTATION, INC., | ) | |
| et al. | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ARTHUR GRIFFIN, and Defendants, YELLOW TRANSPORTATION, INC.,

and ADAM BLANKENSHIP, by and through their authorized counsel, hereby jointly stipulate

that this matter, having been resolved by the parties through an irrevocable and enforceable

agreement, should be dismissed in its entirety, with prejudice, with each party to pay his or its

own attorney's fees and costs.

Respectfully submitted by:


 /s/  Mark A. Jess                          
Mark A. Jess, KS # 16525
Employee Rights Law Firm
1600 Genessee, Suite 842
Kansas City, Missouri 64102-5639
Tel: 816.474-4600
Fax: 816.474-4601
Email: mark.jess@employeerightslawfirm.com
       kevin.koc@employeerightslawfirm.com

Attorneys for Plaintiff


 /s/     David C. Vogel                     
Robert W. McKinley  KS# 13516
David C. Vogel        KS# 18129
Lathrop & Gage L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108
Tel: 816.292.2000
Fax: 816.292.2001
Email: rmckinley@lathropgage.com
Email: dvogel@lathropgage.com

Attorneys for Defendants