# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ARTHUR GRIFFIN,

      **Plaintiff,**

v.                                    **Civil No.  06-2264-CM**

YELLOW TRANSPORTATION, INC.,

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 51) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 10th day of September, 2008 at Kansas City, Kansas**.**

                                      s/ Carlos Murguia
                                      **Carlos Murguia**
                                      **U.S. District Judge**